928

No. 1119. RICHMOND *v.* WEINER, EXECUTOR. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner.

No. 1122. MALLORY ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Arthur Kinoy, William M. Kunstler, Samuel S. Mitchell, Walter B. Nivens* and *Romallus O. Murphy* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent.

No. 1131. FRANKLIN LIFE INSURANCE Co. *v.* WILLIAM J. CHAMPION & Co. C. A. 6th Cir. Certiorari denied. *Richard Ford* and *Thomas F. Shea* for petitioner. *Richard E. Cross* for respondent.

No. 1132. SOLOMON *v.* LIQUOR CONTROL COMMISSION. Sup. Ct. Ohio. Certiorari denied. *Isadore Topper, R. Brooke Alloway* and *N. Victor Goodman* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *James E. Rattan,* Assistant Attorney General, for respondent.

No. 1134. DUGAN *v.* NITZE, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied. *Warren E. Miller* for petitioner. *Solicitor General Marshall* for respondents.

No. 1144. WORLD WIDE TELEVISION CORP. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Albert B. Gerber* for petitioners. *Solicitor General Marshall* and *James McI. Henderson* for respondent.